JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARTIN BAKER AIRCRAFT COMPANY LTD., | CV 20-3796 PA (AFMx) |
| Plaintiff, | JUDGMENT |
| v. | |
| TELEDYNE RISI, INC., et al., | |
| Defendants. | |

Pursuant to the Court's October 6, 2020 Order granting Defendant's Special Motion to Strike pursuant to California's anti-SLAPP statute,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that Defendant shall have judgment in its favor against Plaintiff.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that Plaintiff take nothing and that Defendant shall have its costs of suit.

IT IS SO ORDERED.

DATED: October 6, 2020

_____
Percy Anderson
UNITED STATES DISTRICT JUDGE